# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

RONNIE E. CATES,                             *
                                             *
        Plaintiff,                    *
vs.                                          *
                                             *
                                             *     No.  1:14CV0009-SWW-JTK
CAROLYN W. COLVIN, Acting                    *
Commissioner, Social Security                *
Administration,                              *
                                             *
        Defendant.

## ORDER

      The Court has received a Recommended Disposition [doc.#12] from Magistrate Judge Jerome T. Kearney.  After careful review of the Recommended Disposition, the timely objections received thereto [doc.#13], and a de novo review of the relevant record, the court ACCEPTS the Recommended Disposition and DENIES Ronnie E. Cates's request for relief [doc.#2].  The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

      IT IS SO ORDERED this 19th day of March 2015.


                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE